IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VIOLA GARDUÑO, individually and
as Personal Representative of the
Estate of Daniel F. Garduño, deceased,

        Plaintiff,

v.                                     Case No. 1:14-CV-00830-JAP-KK

UNITED STATES OF AMERICA,

        Defendant.

## STIPULATION OF DISMISSAL

Plaintiff, Viola Garduño, individually and as Personal Representative of the Estate of Daniel F. Garduño, and Defendant, United States of America, through their undersigned counsel, hereby stipulate and agree that the above-captioned case and cause of action are dismissed with prejudice, with each party to bear its own costs.

This stipulation is entered into in accordance with the provisions of Rule 41(a) (1) (ii) of the Federal Rules of Civil Procedure.

        Respectfully submitted,

        DAMON P. MARTINEZ
        United States Attorney

        */s/ Filed electronically 08/21/2015*
        ROBERTO D. ORTEGA
        Assistant United States Attorney
        P.O. Box 607
        Albuquerque, NM 87103
        505.346.7274
        Roberto.ortega@usdoj.gov

*/s/ Electronic approval 08/21/2015*
JAMES T. ROACH
300 Central Avenue SW, Suite 1500-West
Albuquerque, New Mexico   87102
Phone:   (505) 243-4419
roachlawfirm@yahoo.com

*Attorney for Plaintiff*